# Order

Michigan Supreme Court
Lansing, Michigan

January 29, 2010

138116(81)

MARCHELLE LYNN THORN,
Personal Representative of the Estate
of LAURIE ANN GREENE, Deceased,
   Plaintiff-Appellee,

v

MERCY MEMORIAL HOSPITAL
CORPORATION, TANVIR IQBAL
QURESHI, M.D., and BLESSING B.
NWOSU, M.D.,
   Defendants-Appellees,

and

S. AHADI, M.D., P.C., and KIANOUSH
KHAGHANY, M.D.,
   Defendants-Appellants,

and

ASSOCIATES IN OBSTETRICS &
GYNECOLOGY, P.L.L.C., and FAMILY
MEDICAL CENTER, P.C.,
   Defendants.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138116
COA: 277935
Monroe CC: 05-020496-NH

   On order of the Court, the motion for reconsideration of this Court's July 7, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

   CORRIGAN and MARKMAN, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in Justice Young's dissenting statement in this case, 483 Mich 1122 (2009).

   YOUNG, J., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in his dissenting statement in this case, 483 Mich 1122 (2009). This case raises issues that are clearly jurisprudentially significant.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

d0125